IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUANTEZ TOOLEY,

        Appellant,

v.

DEPARTMENT OF BUSINESS
AND PROFESSIONAL
REGULATION,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3324

Opinion filed January 8, 2015.

An appeal from Department of Business and Professional Regulation.

Juantez Tooley, pro se, Appellant.

J. Layne Smith, General Counsel, Garnett W. Chisenhall, Chief Appellate Counsel, Brittany B. Griffith, Assistant General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.